**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **No. 4:21-cr-00300-SDJ-KPJ** |
| § | |
| **CALVIN AUTAE THOMPSON (11)** § | |
| **a.k.a. "C-Mo"** § | |

## ORDER SCHEDULING STATUS CONFERENCE

The Court, having considered the Defendant's Request for a Status Conference, finds that the request is well-taken and should be granted.

IT IS HEREBY ORDERED that a status conference in this matter is scheduled for _____, at _____ [am/pm], in Courtroom _____ of the United States District Court for the Eastern District of Texas, Sherman Division.

0145634.0778248  4931-9298-1009v1